FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2006 FEB 16  A 10: 28

BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSEMARIE SANFORD, on behalf of herself and those similarly situated, | CIVIL ACTION NO. 3:05-cv-1361 |
| Plaintiff, | JUDGE POLOZOLA |
| v. | MAGISTRATE NOLAND |
| AEGIS LENDING CORPORATION, | **ORDER** |
| Defendant. | |

Premises considered:

IT IS HEREBY ORDERED that plaintiff's claims be and hereby are dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

Baton Rouge, Louisiana this __15__ day of __February__, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT

2